Pennsylvania Trust Company *v.* Koller
(et ux., Appellant).

Argued April 17, 1935. Before FRAZER, C. J., SIMP-
SON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

252

*Robert W. Smith,* for appellant.

*J. Lee Plummer,* for appellee, submitted no brief.

PER CURIAM, May 13, 1935:

All questions raised in this appeal were correctly disposed of by the learned president judge of the court below, whose opinion is herewith adopted by us in affirming his order discharging the rule to open judgment.

Order affirmed.